United States District Court
For the District of BOSTON

FILED
IN CLERKS OFFICE

2022 FEB 22 PM 2: 24

US DISTRICT COURT

LIST BY numbers!
SMITH VS Peter Monteiro

Steven L Smith,
    Plaintiff

② VS
Lieutenant Cahoon  ⑦ Mr. Nolan,
① Superintendant  Mr. In have Lawyer
③ Peter MONTEIRO,
④ Major Brendan Murphy
⑤ Mr Carbone, educator
⑥ Mrs. MAY, educator
(All in both official and
Individual capacity)

Docket No!

Date:
February 18, 2022

## UNDER U.S.C. 42 § 1983
## CIVIL COMPLAINT

1) The plaintiff is a pre-TRIAL detainee held
3½ years on a 25,000 CASH ONLY BAIL,
AT The BARNSTABLE COUNTY JAIL, 6000
Sheriffs Place, Bourne, MA 02532

2) The defendants are all officials and/or
educators employed by the sheriffs
Office at the Barnstable County Jail,
6000 Sheriffs Place, Bourne, MA 02532

3) Plaintiff has several ongoing CRIMINAL
And civil matters!
    1) SMITH vs COMMONwealth
    1972-CR-00006  Barnstable SS

Smith vs Sup. Peter Monteiro                    Page 2

2) Smith vs Sheriff Lewis Evangelidis
3:20-CV-30173 (KAR) U.S. District Court

3) Smith vs Dr. Margarita Zeid Daou, Psy.d
et al 2-21-CV-12056(DJC) U.S. District Court

4) Smith vs Ryan J. Matthews Plymouth SS
2183-CV-00985

4) Three of Above Actions involve (his)
plaintiff's Criminal Matter. Ryan is
A former attorney. Dr. Daou is the main
defendant in suit against W.R.CH where
plaintiff was for 2 periods of evaluation.
The other is against C.O. Richards Byrnes
ordered served under seal by U.S. Magistrate
Robertson — last 10-12-21
   ie. ALL are Non-frivolous Actions
                COMPLAINT I

5) The plaintiff has filed Numerous Grievances.
However, the defendants have Consistently
and unethically thwarted his efforts to
exhaust his administrative Remedies in
Numerous different Ways/tactics... by
usurping the Grievance Process, findings
of No substantiation without investigation,
providing pat answers such as "A condition
of your confinement has not been broken"

6) Plaintiff was transferred to Worcester County
Jail and spent 11 months there and only
filed 1 Grievance against C.O. Byrnes... He
was found Guilty by Internal Affairs of
more than 10 Codes of Misconduct...

Smith vs. Sup. Peter Monteiro                    Page 3

At this facility... Not one of my many Grievances against Staff for harassment, sexual comments, etc... has ever been substantiated yet my charges are _child rape_... I filed _2_ P.R.E.A's and both were "investigated" and unsubstantiated — as they were against Staff members. Investigators (here) utilized unreliable witnesses with motives to lie against me to invalidate my allegations... i.e. whatever necessary to avoid any of my Grievances to be substantiated.— Including TRANSFERS _TO_ other Facilities.

7) In 2018, around August, plaintiff filed a Grievance that Staff told inmates his criminal charges causing him to sign into P.C. — and became suicidal.. Minutes prior to plaintiffs first Attorney visit, from Colleen Dunte of C.P.C.S, Major Monteiro (now Superintendent) came to see me _in_ the visitation room and told me " There's _No substantiation_ to your Grievance... But I am going to transfer you to Resolve it."

There was _plenty of substantiation_: The cameras review could clearly establish the C.O. told a worker, the worker they went to my door and told another C.O. I wanted to check into P.C. as " He's got fucked up sex charges... on kids..." ( _Never mind I am NOT guilty_ ) _Liar!_
The Kid " _Is_ 16 _Pathological Liar!_

Smith vs. Peter Monteiro                    Page 4.

8) Plaintiff returned to B.C.C.H after a fight at Plymouth Jail. Plaintiff was NOT Again transferred, even though he was mercilessly harassed as a 'child Rapist' until he filed a P.R.E.A on C.O. Leddin. And once again, Peter Monteiro said "There's no substantion But we're transferring you."
He did... TO The one facility I specifically Requested not to transfer to... Bristol... As I heard it was especially difficult on inmates with "my charges."
    It was. I became suicidal. After 2 weeks on That status, plaintiff got sent to Worcester... where he did fine for 11 months... Until he was returned from a court trip by Barnstable officers... And they TOLD C.O. Byrnes / other C.O.s That I'm "A child Rapist" That files P.R.E.A's on C.O.s!

9) Plaintiff did file a P.R.E.A on C.O. Byrnes and it was Substantiated —(please see The Original Complaint Exhibits at Smith vs Lewis EVangelidis 3:20-CV-30123 (KAR) by Internal Affairs officer Chris Lennon.)

10) Plaintiff was returned to Barnstable then sent to Berkshire County Jail... where he did extremely well Because None of The officers/staff told inmates his charges. For once, plaintiff Resided in general population because of it... For 11 Months!

Smith vs Peter Montexro                    Page 5

The key to it was large signs posted that promulgated A _Zero Tolerance_ for Any kind of Sexual/verbal harassment and strict _policy_ preventing C.O.'s from disclosing inmate's info and no Access to their _Charges._ I even had A worker job!

11) Plaintiff went for an _eval_, last November 2020, to BSH. Upon _completion_ he was brought back to Barnstable and told "You're Staying." Plaintiff learned Major Montexro had been promoted and Major _Murphy_ did not know nor _care_ about any _previous_ "deal" of transfer. And Special OPS was still upset I filed A P.R.E.A on C.O. Leddin... They Nixed my _Return to Berkshire!_

12) About 6 months Ago Plaintiff filed A P.R.E.A on several Officers for _NOT ENFORCING_ P.R.E.A protocols against Sexual harassment... Even though inmates could be heard screaming such things, No Substantiation was found!! _As Usual!!_

13) For There will _Never_ be any _Substantion Found at The Barnstable County Jail..._

14) Yet inquire to Any inmate _upstate_ that was held _here,_ ＊ Pre-Trial, And they will describe A living hell of being harassed by staffs and inmates such as Mark Rosenburg.. (with sex charges) _Ask him!_

| 2261 | Web History | | 7/2/2018 11:06:48 PM(UTC-4) [Last Visited] | | Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Containers/Data/Application/com.a pple.mobilesafari/Library/Safari/History.db : 0x1C470 (Table: history_visits, history_items, Size: 262144 bytes) |
| 2262 | Web History | | 7/2/2018 11:06:48 PM(UTC-4) [Last Visited] | | (3) Your connection may be unsecure Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Containers/Data/Application/com.a pple.mobilesafari/Library/Safari/History.db : 0x1C4A8 (Table: history_visits, history_items, Size: 262144 bytes) |
| 2263 | Web History | | 7/2/2018 11:07:20 PM(UTC-4) [Last Visited] | | Young and Mature Lesbians have Strapon Sex - Pornhub.com Source Extraction: Logical |
| 2264 | Web History | | 7/2/2018 11:07:20 PM(UTC-4) [Last Visited] | | Young and Mature Lesbians have Strapon Sex - Pornhub.com Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Containers/Data/Application/com.a pple.mobilesafari/Library/Safari/History.db : 0x1C41E (Table: history_visits, history_items, Size: 262144 bytes) |
| 2265 | Instant Messages | | 7/2/2018 11:19:49 PM(UTC-4) | | Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Library/Mail/Recents : 0xB0CC9 (Table: recents, Size: 724992 bytes) |
| 2266 | Instant Messages | | 7/2/2018 11:20:36 PM(UTC-4) | | Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Library/Mail/Recents : 0xB0CAD (Table: recents, Size: 724992 bytes) |
| 2267 | SMS Messages | Outgoing | 7/3/2018 7:23:04 AM(UTC-4) | From: To: +18127989118 Babygirl | Morning Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Library/SMS/sms.db : 0xD769A1 (Table: message, handle, Size: 28143616 bytes) |
| 2268 | Log Entries | | 7/3/2018 7:29:07 AM(UTC-4) | | MobileSafari: Wifi In:0 Wifi Out:0 Wan In:0 Wan Out:1127 Source Extraction: Advanced Logical Source file: iPhone (2)/wireless/Databases/DataUsage.sqli te : 0x1977A (Table: ZLIVEUSAGE, ZPROCESS, Size: 147456 bytes) Apple_iPhone 4s (A1387).zip/Backup Service/a2f7d7c4d63aff1abb7e0a5b2daff1a46 b93bad4/Snapshot/Manifest.plist : 0x2268 (Size: 11774 bytes) |
| 2269 | Searched Items | | 7/3/2018 7:30:05 AM(UTC-4) | | vape box mod Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Containers/Data/Application/com.a pple.mobilesafari/Library/Preferences/com.ap ple.mobilesafari.plist : 0x798 (Size: 2901 bytes) |
| 2270 | Web History | | 7/3/2018 7:31:07 AM(UTC-4) [Last Visited] | | Cannot Open Page Source Extraction: Logical |
| 2271 | Searched Items | | 7/3/2018 7:31:07 AM(UTC-4) | | vape box mod Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Containers/Data/Application/com.a pple.mobilesafari/Library/Safari/History.db : 0x1C3F4 (Table: history_visits, history_items, Size: 262144 bytes) |
| 2272 | Web History | | 7/3/2018 7:31:07 AM(UTC-4) [Last Visited] | | Cannot Open Page Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Containers/Data/Application/com.a pple.mobilesafari/Library/Safari/History.db : 0x1C3F4 (Table: history_visits, history_items, Size: 262144 bytes) |
| 2273 | Voicemails | Incoming | 7/3/2018 10:00:41 AM(UTC-4) | From: +12164853862 | From: +12164853862 Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Library/Voicemail/voicemail.db : 0x3EFB (Table: voicemail, Size: 28672 bytes) iPhone (2)/mobile/Library/Voicemail/6.amr : 0x0 (Size: 11942 bytes) |
| 2274 | Call Log | Outgoing | 7/3/2018 11:22:00 AM(UTC-4) | To: 1 (508) 240-3636 | 00:02:40 Source Extraction: Logical |
| 2275 | Call Log | Outgoing | 7/3/2018 11:22:00 AM(UTC-4) | To: 1 (508) 240-3636 | 00:02:40 Source Extraction: Advanced Logical Source file: iPhone (2)/mobile/Library/CallHistoryDB/CallHistory.st oredata : 0x1AF60 (Table: ZCALLRECORD, Size: 151552 bytes) |
| 2276 | SMS Messages | Incoming | 7/3/2018 11:30:42 AM(UTC-4) | From: +18127989118 Babygirl | Source Extraction: Logical |

*Connor's Illegal watching Porno and online vape sites!!*

*Porno*

*Vape*

*Vape*

*page 749*

Smith vs Monteiro                                    Page 6

15) And most of All, Plaintiff has an exigent and legal need of immediate access to the courts and plaintiff is being denied that constitutional right; And the deal made to resolve a Grievance — like the initial 'deal' to transfer plaintiff to another facility... has been reneged upon by the defendents...

## Complaint II

16) About 6 months ago Major Murphy Denied his request to be Transfered back to Berkshire or else where... Yet Plaintiff agreed to resolve Valid Grievances per that deal... with Peter Monteiro... In 8-2018.

17) About 6 months ago Major Murphy designated Mrs. May of Education dept. to make legal copies for plaintiff...

18) About 1 month into making Legal Copies, Mrs. May noticed my P.R.E.A Complaint against officers as noted in the pre-amble. And upon her belief it was "inappropriate" — turned over ALL OF MY Legal Work to Major Murphy — Including Letters to my Attorney, Motions He Prepared, Documents Related to Smith vs Lewis, etc. (See Attached) Exhibits (See Punch Holes In Legal Work *)

Smith vs Monteiro                    Page 7

19) As EVIDENCE, Plaintiff Attaches several
PAGES As PROOF with PUNCH HOLES. OR
COPY OF IT. Including The P.R.E.A
Report of MR. Lennon... And Summons
IN MY CIVIL ACTION! (Front Page enclosed)
Plaintiff does NOT have A "Hole Puncher"

20) My Legal work was HELD For 3+ weeks
AND Read and INVESTIGATED. My Grievances
were NOT Substantiated. Again, Defendants
made A deal. They would Return my
Legal work and make Legal copies at
NO COST as previously. Because After I
Filed this Grievance — Major Murphy
sought to enact An unused FORM and
policy Requiring That A Photocopy
Request FORM be submitted And That
plaintiff must pay 20¢ per copy.!!

21) Plaintiff filed A Grievance That they
cannot Reenact an outdated / unused
policy just because plaintiff filed
A Grievance That his Legal work,
turned over to an educator for copying,
was delivered to jail officials to
be copied for themselves, investigated,
And hole punched.!! Held For 3-6 weeks!

Smith vs Peter Montenec                    Page 8

22) Major Murphy agreed, and promised
Copies would be made by Mrs. May
of education without need of Photocopy
Form or 20¢ per copy fee .. Which was
irrevelant given plaintiff is indigent.

23) Mrs. May was a nice lady, but she
was NOT a paralegal.. yet, she came
to take my legal work with her and
often did'nt Return for days.. It was
impossible to give her instructions for
various documents as to how to copy
them so she said, " I will just
make 3 copies."

24) Sometimes, Mrs. May made 6 copies!!
I did not complain. I was glad
she was doing her best. And so long
as I received my legal copies and
my legal work back.. I was fine!!

25) Prior to her departure, for another
job, about two months ago, Mrs
May made six copies of two
Petitions under Chapter 211, to The
Supreme Judicial Court.. It was
60 pages.. Instead of 180 pages,
she made 360. ( Mind you I had
to worry — is my legal work being Copied?
And Investigated by Major Murphy? Again?"

↟ Mayer Murphy

Smith vs Monteiro                    Page 9

26) Mrs. May had _NO_ idea as to anything
legal yet jail officials designated her
to make these copies — even after she
had turned over my legal work to him
(Mayer Murphy) for _Investigation_; and
kept them for 3 weeks to 6 weeks.. I'm
not sure.. And still missing legal
documents!!

27) About 5 weeks ago, _Mr. Murphy_ came
and informed me he was _Reenacting_
the _Photocopy Request Form_, that _Mrs._
_May_ had left for another job.. And _Mr._
_Carbone_, at education, wanted the
form filled out. I objected, that this
form is _not_ being _utilized_, has _NOT_
been utilized in years.. And you can't
change or enact a policy without
prior notice and promulgation .. And
time period.. And most of all, _we_
resolved my grievances regarding
the withholding, hole-punching,
missing legal work.. etc.. Months ago.
And once again, jail officials renege
after they got me to retract grievances.

<u>Smith vs Peter Monteiro</u>                    Page 10

28) <u>Maj. Murphy</u> stated that <u>Mr. Carbone</u> said I had made <u>750 copies</u>... <u>This was</u> not true. The truth is that <u>Mr. Carbone</u>, an educator, felt he's <u>not a paralegal</u> and it's not <u>his duty to make legal</u> copies... He set about to <u>prevent</u> doing it... And soon <u>succeeded</u>.

29) Mr. Carbone made copies, twice when he arrived to pick-up my legal work he stated "I'll just make 3 copies of everything" Yet, I tried to <u>tell</u> him I only needed I copy of letters to my attorney and others, and some documents printed <u>on</u> only I side could be done 2 pages unto 1 side... <u>He did not wish to be bothered</u>... And made 3 copies of everything!!

30) I recently utilized the <u>Photocopy form</u>, as <u>Maj. Murphy</u> demanded, despite <del>our</del> agreement, to request copies... And <u>Mr. Carbone</u> denied it as <u>excessive</u> without reviewing the <u>documents</u> I <u>needed copy</u>... (See Exhibits / Grievances)

Smith vs Peter Monteiro    Page 11

31) I pretty much knew this was his intention when he told Major Murphy I had Mrs. May make 750 Copies and wanted the Form (Photocopy) submitted.. It was specifically for his malicious intent to Deny my Requests..TO Block my court Access.

32) Plaintiff sent that particular Request Form to U.S. Clerk of the District Court in my Action Smith vs Dr. Daou, etc Al, 1-21-CV-12056 to prove he cannot serve a Copy of the Complaint on the defendants because jail officials have denied him legal Copies..(Recently please contact Clerk)

32) Plaintiff has 14 defendants.. And has prepared MOTIONS AND AFFIdavits to Add 10 more — All of them work at W.RoCH and are all Represented by the Attorney General. Thus plaintiff "only" Requires 4 copies of the Complaint.. And Attachments etc.

Smith vs. Peter Monteiro          Page 12

Copies which is A lot of copies
But not excessive Relative to
the number of defendants. The
Complaint Also has to have plaintiffs
Medical Records — specifically his
daily Progress Notes of 800 pages,
Copies of Complaints, Resolutions and
Decisions to them, Team Meeting
Minutes, etc as well As Affidavits,
Addendums, etc. Supporting documents...

33) Mr. Carbone is an educator, not A
para legal, yet he's Arbitrarily making
the decision plaintiffs request is
excessive without Reviewing his
legal Need and Requirements.

34) Plaintiff Also must provide A
copy to his Attorney given these
Actions All involve his Criminal
case And his mistreatment while
at W.R.C.H and misdiagnosis
is important to his case. Hence
he Needs 4 copies, Not 3. STILL,
when there's 14+ defendants This is
NOT excessive. It's quite Reasonable.

Smith vs. Peter Monteiro                    Page 13

35) The plaintiffs "law library" consists of A
(A) 2017 LAWYER'S MANUAL (B) A 1990's
BROTHER TYPEWRITER WITH NO
CORRECTION RIBBON, (C) A MONITOR SUNK
SO DEEP I CAN BARELY SEE THE
SCREEN, (D) A keyboard e Mouse from
1980's difficult to operate. (E) And in
in-house lawyer, Mr. Nolan, whom told
me the first time I requested Case
law "he's not my paralegal" And has
not answered my Request for A Notary
and Power of Attorney form in 2
months — despite several Requests to him.

36) Plaintiff is told, when he requests to
go to Law Library " Its on your Securus
Tablet" Well, "FASTCASE" As its called,
OF Course is NOT FAST — IN FACT,
it 'Freezes up' Almost every time
I used it. AND presently it NOT
BEEN 'UP' IN 2 WEEKS!!!
"FASTLAW" is SO SLOW ... ITS UNUSABLE.
TAP The Application And nothing happens
for 5-10 minutes... It would take All
DAY TO VIEW 50 CASES BY GLANCING
or JUST Scrolling Through!!
AND The Monitor and Applet are NOT
Connected to A printer!!!

Smith vs Peter Monteiro                    Page 14

37) Plaintiff spoke with LT. Cahoon, today.
About Grievances. He told Plaintiff, the deals
you made with Peter Monteiro, Major Murphy
were months ago and no longer valid. ~~Also~~
I said " you have gotten me to retract
Grievances time and time again — and made
agreements to resolve them — Then turned
around and reneged upon them... I should
not be here. I was transferred <u>4 times</u> and
<u>the reasons</u> — being <u>harassed</u> with a high
profile charge — <u>have not changed</u>... by both
staff and inmates.. ~~All Legal Copies~~(ss)
          And <u>Major Murphy</u> agreed my legal
copies would be made without <u>use</u> of
a <u>Photocopy Form</u> or <u>20¢ fee</u>.. He did not
say he would designate an educator to
change our agreement then arbitrarily <u>deny</u>
<u>(without review)</u> as <u>excessive</u> my <u>requests</u>
for legal copies!

38) Plaintiff is denied lined/blank paper
to prepare Legal documents, Manilla envelopes
to mail them, and if he does go to
the "Law Library" Its whenever C.O.'s
show up to take him — There's <u>no set</u>
schedule... And at most is given 30
minutes and every time his <u>cell</u> is
   <u>Thoroughly searched</u> in <u>Retribution</u>... <u>For it.</u>

Smith vs Peter Monteiro                    Page 15

Plaintiff cell is not searched every time he leaves to recreation/shower but is searched every time he dares to go to the Law Library. Plaintiff cant Risk having legal work Tossed up... I may need put Back together!

39) The Plaintiff has Numerous Active and non-frivolous legal matters, besides the ones cited, he has a pending matter Smith vs Baker in Plymouth Court—he's awaiting a docket #.

40) The Plaintiff was informed by Bar of Overseers he needs a copy of all all letters he sends to his lawyers and other officials... And these actions does require communications with dept. of Mental Health officials, Inmate Legal Assistance, The Innocent Project, Lawyers for Mr. Evangelidas and the Attorney General... my own counsel...
        My need might be deemed "excessive" but its not excessive — in scope and relative to my legal necessity. Excessive would be requesting 14 copies of the Complaint!!

41) Furthermore, the onset of a case involving more than 14 defendants will require alot of copies... but Mr. Carbone, an educator, does not understand it... and his fixated on the excessive copying he feels Mrs. May did... Yet shes only herself to blame... Nobody asked her to make 6 copies of a 60 page "Petition — Twice. Telling her that she "screwed up" was not going to get her to Return... She already messed up, big time, giving my legal work to Major Murphy... And obviously he himself has no idea of how he violated my Rights by Investigating my Legal Work! Holding it in his binder for weeks and copying for himself and other investigators!!!

_Smith vs Sup. Peter Martino_                  Page 16

42) Here's another page, Hole-punched by
_Major Murphy._ My attorney, Ryan J. Matthews,
had to resend his _Motion To Dismiss_ to
Me... Imagine, Jail records of mine have
been sent to the District Attorney... Just
call _Ryan J. Matthews_ 508-747-0700 - He
sent an email to ADA Pattersan, of Barnstable
Superior Court, in my CR 197200006 criminal
case to Complain about it... Pattersan has _All_
For All I know, ADA Pattersan has _All_
my Legal work in _his hands._ Why Not?
He has All my records from Berkshire
county Jail.

Wherefore, the plaintiff moves to Request
A Jury Trial to hold the defendants
Accountable for the violation of his
Civil Rights and seeks the following
Redress:

_REDRESS_

43)  A TRIAL BY JURY
44)  150,000.000 Punitive Damages
        (One hundred and fifty thousand
            U.S. Dollars)

CP explained to Lobur that in the days leading up to the trip to the Cape, the defendant offered CP $500 to allow the defendant to perform oral sex on CP. Tr. 1/30. CP also told Lobur that he and the defendant exchanged many text messages prior to the trip. 1/15.

a. **Text Messages and Phone Dump**

Lobur explained to the grand jury that she had seized the defendant's phone as soon as the defendant was placed under arrest (Tr. 1/39) and that the phone was sent to a forensic examiner who pulled text messages between CP and the defendant off of the defendant's phone. Tr. 1/37. The defendant allegedly told police to check CP's phone because CP had asked the defendant to "jerk him off." Tr. 1/36. As a result, Lobur "ask[ed] to examine [CP's] phone" and Amanda Peterson, CP's mother, sent CP's phone to Lobur. Tr. 1/36. Lobur was able to make forensic copies of CP's and the defendant's phone[2]. Tr. 1/36. Despite having made forensic copies of both phones, the prosecution entered into evidence only those text messages recovered from the defendant's phone. Tr. 1/37. See GJ Ex. 2.  In admitting the text messages from the defendant's phone into evidence, Lobur testified that the text messages were "accurate as far as they match[ed] what was received from the defendant's phone." Tr. 1/37.

The prosecution then opened the hearing up for questions from the jury. The following exchange took place between a juror, Lobur, and the prosecutor:

> GRAND JUROR: Forensic cell phone examiner, did that just show what is on the phone or would it show what he deleted or everything?
>
> DET. LOBUR: The individual who examined the phone -- it'll recover text messages.
>
> GRAND JUROR: Even after they have- been deleted?

---

[2] Although Lobur did not specifically testify that one forensic copy made of CP's phone and that one forensic copy was made of the defendant's phone, she testified that she had both CP's phone and the defendant's phone in her possession, and when the prosecutor asked Lobur if she made forensic copies or downloaded "their" information from the phones, Lobur replied that she had. Tr. 1/36.

Smith vs Peter Marteiro                    Page 17

45) 150,000.000 Compensatory damages
(one hundred and fifty thousand U.S.
dollars)

46) Transfer back to Berkshire County
JAIL or DUKES CANTY where both
have actual Law Libraries.

47) Immediate Court Order to provide
All Necessary legal copies to proceed
in his criminal and Civil matters
without mandate of Photocopy Request,
And a paralegal to review said
documents to determine what is
"excessive" and "not excessive"

48) Immediate Order to provide Direct
JAIL OFFICIALS TO copy plaintiffs
Legal work outside his presence
to insure They are not copying,
hole-punching or investigating his
legal work and to insure the
proper Number of copies are given,
and in a way that lessens the
Need of Them!!!

49) Defendants MUST Be Ordered to
Abide by Any Deals they make
to Resolve Grievances And ADR

## ii. Grand Jury Proceedings

On June 27 or 28 (no year provided), CP[1] and his mother met the defendant at a Petsmart in upstate New York. Tr. 1/15. The defendant asked if CP would look after his dog while he was at work, and CP and the defendant exchanged phone numbers. Tr. 1/15. The defendant texted CP asking to see where CP lived so that he could inspect the property before he brought his dog over. Tr. 1/15. The defendant also told CP that he needed someone to work out with and that he would pay CP to work out with him. Tr. 1/16-17. CP's mother allowed CP to work out with the defendant in exchange for payment because CP was saving money to buy a car. Tr. 1/16. After a couple days of CP watching the dog and CP and the defendant working out together, the defendant asked if CP would join him on a trip to the Cape to watch his dog in exchange for $200. Tr. 1/17-18.

On July 3 (no year provided), CP and the defendant left upstate NY in the defendant's car and headed for the Cape. Tr. 1/19. On the second night on Cape, CP and the defendant slept in the defendant's car in a marina parking lot in Provincetown; the defendant in the driver's seat, CP in the passenger's seat. Tr. 1/23. Around 2:00a.m., CP awoke to the defendant's mouth on his penis. Tr. 1/24. CP got out of the car and called 911. Tr. 1/26.

Lobur interviewed CP, who told her about meeting the defendant, coming to the Cape with him, and waking up to the defendant's mouth on his penis. During the investigation, police searched the defendant's car, but found nothing that Lobur deemed to be forensically significant. Tr. 1/30. The lack of forensic evidence in the car was insignificant to Lobur because CP said he did not ejaculate. Tr. 1/30.

---

[1] Because the complainant is a minor, his initials are used in this motion rather than his full name.

Smith vs Monteiro          Page 18

As A ploy/Ruse/Tactic to Gain Retroaction of Valid Grievances!!

50) Mr. Carbone needs to be Removed, As he's an educator, from the task of making legal copies.. Deciding on it!

51) The defendants need to improve the Law Library and attach a printer to printout case laws, to the Monitor or FASTLAW Tablet Application.

52) Mr. Nolan Needs to be Fired. He's been the in-house lawyer for 20+ years.. He's grown complacent in his duty.. And rarely assists inmates.. I cannot get forms, caselaws, or anything out of him.. And he will intentionally "play naive " so he doesn't need assist you.. He's NOT "My " Paralegal but I have a right and even a duty to assist in my own defense.. And he was employed in lieu of a full law-library.. Nobody is making him do his job or monitoring him.. And paver compt.

Respectfully -

Steven L Smith
Barnstable Trial PL Barne
6000 Sheriff PL

2-18-22