UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10304-RGS

STEVEN L. SMITH

v.

LIEUTENANT CAHOON, et al.

ORDER

June 6, 2022

STEARNS, D.J.

For the reasons stated below, the court will order that this action be DISMISSED without prejudice and without assessment of a filing fee.

On February 22, 2022, pretrial detainee Steven L. Smith filed a civil complaint, Dkt #1, a motion for leave to proceed *in forma pauperis*, Dkt #2, and a motion for immediate injunctive relief, Dkt #9.  In his complaint, Smith alleges that the conditions of confinement at Barnstable County Jail, where he confined at the time he filed the complaint, were unconstitutional. On March 21, 2022, Smith filed a motion for the court to provide immediate injunctive relief in the form of an order requiring the defendants to provide him certain outdoor recreation time.  Dkt #9.

On March 30, 2022, Smith filed a notification that he had been transferred to the Nashua Street Jail. Dkt #10. Considering Smith's transfer, on April 20, 2022, the court issued an order denying as moot all requests for injunctive relief. Dkt #11. In the same order, the court asked Smith to inform the court within twenty-eight days whether he wished to pursue his claims for damages. The court informed Smith that failure to provide said notification would result in dismissal of this action without prejudice and without assessment of a filing fee.

The deadline for Smith to inform the court that he wishes to pursue claims for damages has passed without any response from Smith.

Accordingly, the court hereby orders that this action be DISMISSED without prejudice. No filing fee is assessed.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE