UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10304-RGS

STEVEN L. SMITH

v.

LIEUTENANT CAHOON, et al.

ORDER

October 19, 2022

STEARNS, D.J.

In February 2022, pretrial detainee Steven L. Smith commenced this action. At the time, Smith was confined at the Barnstable County Jail. He alleged, *inter alia*, that he was encountering serious obstacles in obtaining copies of legal materials at that facility.

On March 30, 2022, Smith notified the court that he had been moved to the Suffolk County Jail in Boston. As the court had not yet assessed a filing fee and summonses had not issued, the court gave Smith the option of having the case dismissed without prejudice. On June 6, 2022, the court dismissed the action without prejudice without assessment of a filing fee. (Dkt #12).

In September 2022, Smith was transferred back to Barnstable County Jail. He then commenced a new action, alleging that the transfer was in retaliation for grievances he had made at Suffolk County Jail concerning

obtaining photocopies and a request to have access to a typewriter or laptop in his cell. *See Smith v. ADS Carlos*, C.A. No. 22-11626-RGS (D. Mass.).

Now before the court are several motions Smith has filed in this closed case in which he attempts to "reactivate" the complaint and combine this action (against the superintendent of the Barnstable County Jail and six other individuals employed there) against his action against individuals employed at the Suffolk County Jail who allegedly had him transferred to Barnstable County Jail for an improper retaliatory purpose.

All of the motions (Dkt ## 14, 15, 16, 18, 20) are DENIED. There is no basis for reopening this case or combining it with another case with completely separate and legal claims. If Smith wishes to prosecute his current claims concerning allegedly unlawful conduct by individuals working at Barnstable County Jail, he must commence a new action by filing a complaint and paying the filing fee (or filing a motion for leave to proceed without prepayment of the fee and a six-month prison account statement).

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE